Kenneth McQUERRY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 59375.

Missouri Court of Appeals, Western District.

Nov. 6, 2001.

John M. Schilmoeller, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, HAROLD L. LOWENSTEIN, Judge, and EDWIN H. SMITH, Judge.

## ORDER

Kenneth McQuerry appeals the circuit court's denial of his motion for post-conviction relief. We affirm. Rule 84.16(b).